**FILED**
January 23, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | Case No. CR. S-08-0561 EJG |
|                                     Plaintiff,     ) | |
| v.                                                    ) | ORDER FOR RELEASE OF |
|                                                          ) | PERSON IN CUSTODY |
| JOSE LEOBARDO CASTRO ,            ) | |
|                                                          ) | |
|                                   Defendant.   ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JOSE LEOBARDO CASTRO</u>, Case No. <u>CR. S-08-0561 EJG</u>, Charge <u>Title 21 USC §§ 846; 841 (a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of $ <u>320,000 secured by real property (with $150,000 unsecured bond)</u>

        _X_   Unsecured Appearance Bond $ <u>150,000.00</u>

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

        _X_   (Other)   <u>with pretrial supervision and conditions of release as stated on the record.</u>

Issued at <u>Sacramento, CA</u> on <u>January 23, 2009</u> at <u>3:40</u> pm.

By   **GREGORY G. HOLLOWS**
Gregory G. Hollows
United States Magistrate Judge