DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
JOSE L. CASTRO

FILED
APR 1 2 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )   NO. CR.S-08-561-EJG
             Plaintiff,              )
                                     )
        v.                           )   STIPULATION AND ~~PROPOSED~~
                                     )   ORDER FOR MODIFICATION
JOSE L. CASTRO                       )   OF CONDITIONS OF RELEASE RE
                                     )   TRAVEL
             Defendant.              )
                                     )
_____)

Defendant Jose L. Castro by and through his counsel, Dwight M. Samuel and United States of America, by and through, Jill Thomas, Assistant United States Attorney, agree that the conditions of release may be modified to, "Your travel is restricted to the State of California without the prior consent of the Pretrial Services officer."

All other terms and conditions of release remain in full force and effect.

All parties have consulted with Pretrial Services and Beth Baker has agreed to this modification of travel.

This modification is requested to accommodate Mr. Castro's employment as a truck driver which requires travel throughout the State of California.

APPROVED: April 7, 2010

/s/Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant
Jose L. Castro

Approved: April 7, 2010

/s/ Jill Thomas[1]
JILL THOMAS
Assistant United States Attorney

IT IS SO ORDERED.

Dated: April 8, 2010

_____
EDWARD J. GARCIA
United States District Judge

---

[1] Authorization for signature obtained via email.