DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuel@Yahoo.com
(916) 447-1193

Attorney for Defendant
JOSE L.CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) JOSE L. CASTRO ) ) Defendant. ) ) _____ ) | NO. CR.S-08-561-EJG STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

    Defendants Jose L. Castro, through counsel, Dwight M. Samuel and United States of America, by and through, Jill Thomas, Assistant United States Attorney, hereby stipulate and request that the Court continue the status conference in the above-captioned case from Friday, October 8, 2010, to Friday, November 12, 2010, at 10:00 a.m.

    Counsel is continuing to prepare for trial and/or plea and does not believe a status conference on July 23, 2010 will be productive.  An offer is outstanding and further time is needed for discussion.

    It is further stipulated that the period from the date of this stipulation, October 5, 2010 through and including November 12, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Codes T-4 and T-2 for preparation of defense counsel.

1  Respectfully submitted,

2

   Dated: October 5, 2010
3
                                          /s/ Dwight M. Samuel
                                          DWIGHT M. SAMUEL
4                                         Attorney for Defendant
                                          JOSE LEOBARDO CASTRO
5

6                                         BENJAMIN WAGNER
                                          U.S. Attorney
7  Dated: October 5, 2010

                                          By: /s/ Jill Marie Thomas
8                                         JILL MARIE THOMAS
                                          Assistant U.S. Attorney
9

10

11 IT IS SO ORDERED.

12 Dated: October 5, 2010

13                                        /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
14                                        United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28