Law Offices of
DWIGHT M. SAMUEL
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193, DwightsamuelAtty@yahoo.com

MEMORANDUM

January 25 , 2011

TO: Colleen Lydon;
Honorable Edward J. Garcia

FROM: Dwight M. Samuel (SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

RE: **ORDER to Continue Judgment and Sentencing to March 18, 2011**

CASE NAME AND DESIGNATION:   U.S. v. JOSE CASTRO
CR-S-08-561-EJG

Jose Castro's judgment and sentencing hearing is presently set for January 28, 2011. AUSA, Jill Thomas is not available on this date. Upon conferring with AUSA, Jill Thomas and Probation Officer, Brenda Barron it appears March 18, 2011 is the first available date in which all counsel and probation can be present. Parties request that the judgment and sentencing hearing be continued to March 18, 2011 at 10:00 am.

Please contact my office with any questions or concerns with regard to this matter.

Respectfully submitted,

/S/ Dwight M. Samuel
Dwight M. Samuel
Attorney for Jose Castro, Defendant

IT IS SO ORDERED.

Dated: January 25, 2011

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge