DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
Telephone: (916) 447-1193
E-Mail: DwightSamuelAtty@Yahoo.com

Attorney for Defendant
JOSE CASTRO

**FILED**

JUN - 7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE CASTRO,<br><br>  Defendant. | CASE NO.: CR-S-08-561-EJG<br><br>REQUEST FOR ORDER AND ORDER EXONERATING BOND |

On or about January 23, 2009, a $169,449.00 appearance bond, secured by deeds against the two real properties owned by Umberto Ureta and Maria Ureta, and Lisa Romero was posted on behalf of Jose Castro. Jose Castro was sentenced on March 16, 2011 and is presently in custody.

It is hereby requested that the $169,449.00 secured appearance bond be exonerated and reconveyances be executed.

Dated: June 1, 2011                              Respectfully submitted,


                                                 /S/Dwight M. Samuel
                                                 Dwight M. Samuel
                                                 Attorney for Defendant

1     IT IS HEREBY ORDERED that the bail bond in the amount of $169,449.00 posted
2 by Umberto Ureta and Maria Ureta, and Lisa Romero secured by two Deeds of Trust and
3 is hereby exonerated and a reconveyance be done on both properties.
4 Dated: 6/6/~~80~~ 2011

*(signature)*
EDWARD J. GARCIA
U.S. District Court Judge